IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JENNIFER MABIN                                                         PLAINTIFF

v.                          Case No. 2:23-CV-20-BSM

DOLLAR GENERAL CORPORATION and
DOLLAR GENERAL STORE # 16069                           DEFENDANTS

## DIVERSITY DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel of record for Defendants, Dollar General Corporation and Dollar General Store # 16069, provide the following diversity disclosure statement:

| **Party or Intervenor Name** | **Citizenship** |
|---|---|
| Dollar General Corporation | Tennessee |
| Dollar General Store # 16069 | Tennessee and Kentucky |

- An entity under Dolgencorp, LLC.

Thomas G. Williams (Bar No. 88186)
Byron T. Keaton (Bar No. 2021208)
*Attorneys for Defendants*
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: (501) 379-1700
Facsimile: (501) 379-1701
twilliams@qgtlaw.com
bkeaton@qgtlaw.com