## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JENNIFER MABIN**                                              **PLAINTIFF**

**v.**                    **CASE NO. 2:23-CV-00020-BSM**

**DOLLAR GENERAL CORPORATION,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE